JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES WATERKEEPER, a California non-profit association,

Plaintiff,

v.

MONOGRAM AEROSPACE FASTENERS, INC., a Delaware corporation, TRIMAS CORP., a Delaware corporation, and TRIMAS COMPANY, LLC, a Delaware limited liability company,

Defendants.

Case No.: 2:23-cv-05435-WLH-PD

**ORDER ENTERING CONSENT DECREE, DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE, AND RETAINING JURISDICTION OVER CONSENT DECREE [20]**

## ORDER

Good cause appearing, and the Parties having stipulated and agreed, the Court ORDERS:

Plaintiff LOS ANGELES WATERKEEPER'S claims against Defendants MONOGRAM AEROSPACE FASTENERS, INC., TRIMAS CORP., and TRIMAS COMPANY, LLC, as set forth in Civil Case No. 2:23-cv-05435-WLH-PD are dismissed with prejudice pursuant to FRCP 41(a)(2).

1    The Court shall retain jurisdiction over this matter for purposes of dispute

2 resolution and enforcement of the Consent Decree, attached hereto as **Exhibit 1** and

3 fully executed and incorporated by reference herein. Each Party shall bear its own

4 attorneys' and expert fees and costs except as provided for in the Consent Decree.

5    IT IS SO ORDERED.

6

7 DATED:    12/7/2023

8

9

10                                   HON. WESLEY L. HSU
                                     UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER ENTERING CONSENT DECREE, DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE, AND
RETAINING JURISDICTION OVER CONSENT DECREE